STATE OF NEW JERSEY v. DONALD BENJAMIN.

March 12, 1974.  Petition for certification denied.

EDWARD J. FRANCIS v. FRANK GRIEB, SR.

March 12, 1974.  Petition for certification denied.

JOSEPHINE PERILLO v. THOMAS J. DREHER.

March 12, 1974.  Petition for certification denied.  (See 126 *N. J. Super.* 264)

STATE OF NEW JERSEY v. EMORY JOHNSON.

March 12, 1974.  Petition for certification denied.

ANN FARINO v. DOROTHY STEWART.

March 12, 1974.  Petition for certification denied.

STATE OF NEW JERSEY v. PAUL STETCKO.

March 12, 1974.  Petition for certification denied.